Stephen M. LINEHAM, Petitioner—
Appellant,

v.

Gene M. JOHNSON, Director, Virginia
Department of Corrections,
Respondent—Appellee.

No. 03–7811, 04–6026.

United States Court of Appeals,
Fourth Circuit.

Submitted March 11, 2004.

Decided March 18, 2004.

Stephen M. Lineham, Appellant pro se.
Hazel Elizabeth Shaffer, Assistant Attor-
ney General, Richmond, Virginia, for Ap-
pellee.

Before WIDENER, WILKINSON, and
MICHAEL, Circuit Judges.

Dismissed by unpublished per curiam
opinion.

Unpublished opinions are not binding
precedent in this circuit. See Local Rule
36(c).

PER CURIAM.

Stephen M. Lineham seeks to appeal the
district court's orders denying relief on his
petition filed under 28 U.S.C. § 2254
(2000), and denying reconsideration. An

appeal may not be taken from the final order in a § 2254 proceeding unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1) (2000). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2000). A prisoner satisfies this standard by demonstrating that reasonable jurists would find that his constitutional claims are debatable and that any dispositive procedural rulings by the district court are also debatable or wrong. *See Miller–El v. Cockrell*, 537 U.S.. 322, 336, 123 S.Ct. 1029, 154 L.Ed.2d 931 (2003); *Slack v. McDaniel*, 529 U.S. 473, 484, 120 S.Ct. 1595, 146 L.Ed.2d 542 (2000); *Rose v. Lee*, 252 F.3d 676, 683 (4th Cir.2001). We have independently reviewed the record and conclude that Lineham has not made the requisite showing. Accordingly, we deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED*